IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE D. WHITE,

    Petitioner,                    No. 2:10-cv-03379-MCE KJN P

    vs.

BRUNO STOLC, Warden,
Red Rock Correctional Center,
MATTHEW CATE, Secretary,
California Department of
Corrections and Rehabilitation,[1]

    Respondents.                <u>ORDER</u>

_____/

      Petitioner is a California state prisoner, currently incarcerated in Arizona, proceeding without counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2003 conviction in San Joaquin County Superior Court. On January 4, 2011, this court granted petitioner's application to proceed in forma pauperis, and directed respondents to file a responsive pleading within sixty days.

      Petitioner has now filed an "Application for Bail Pending Determination of Petition for Writ of Habeas Corpus," with a supporting declaration setting forth petitioner's

---

[1] Although petitioner names Cate as "Director of Corrections," the court hereby substitutes his proper title.

1

reasons that he believes he would be successful if his request was granted, including that petitioner has already served eight years of an eleven-year determinate sentence. (Dkt. No. 11.)

This court is not the proper forum to consider petitioner's request. Petitioner was convicted in state court for violations of state law. Thus, it appears that petitioner should instead seek a parole (rather than a bail) hearing through the California Department of Corrections and Rehabilitation. This court is without jurisdiction to consider petitioner's request for provisional release.

Accordingly, IT IS HEREBY ORDERED that petitioner's "Application for Bail Pending Determination of Petition for Writ of Habeas Corpus" (Dkt. No. 11) is denied.

DATED: February 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

whit3379.mtn.bail

2